IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARRYL MAURICE YOUNG,**

    **Plaintiff,**

v.                                Case No. 4:14cv473-MW/CAS

**T. M. JOHNSON, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION OF MAGISTRATE**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 10, and has reviewed de novo Plaintiff's Objection to the Report and Recommendation, ECF No. 14. Upon consideration,

IT IS ORDERED:

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion over the objection of the Plaintiff. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 9 is **DENIED**. Plaintiff's complaint, ECF No. 1 is **DISMISSED without prejudice,** and ECF No. 6, motion for summons, along with ECF No. 8, request to take judicial notice, are **DENIED** inasmuch as Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a civil rights in federal court without full payment of the

1

filing fee at the time Plaintiff submits the complaint.  Further, Plaintiff's motion to proceed in forma pauperis, ECF No. 12, and motion to consider in forma pauperis status or imminent danger of serious physical injury, ECF No. 13, are **DENIED** on the merits. The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall close the file.

      **SO ORDERED on November 3, 2014.**

                                                     s/Mark E. Walker             
                                                     **United States District Judge**